DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA TROY McCARTY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

Nos.  2D2025-0222, 2D2025-0223, 2D2025-0224, 2D2025-0226

CONSOLIDATED
_____

August 14, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Lisa Martin, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Analise V. Walker, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.